**2014-0328. In re Application of Duke Energy Ohio, Inc.**
Public Utilities Commission, Nos. 12–1685–GA–AIR, 12–1686–GA–ATA, 12–1687–GA–ALT, and 12–1688–GA–AAM. On intervening appellees' joint motion for leave to file a table of authorities. Motion granted. On appellants' motion to expedite ruling on appeal. Motion denied.
PFEIFER and O'DONNELL, JJ., would grant the motion to expedite.

**2014-0360. State v. McDaniel.**
Summit App. No. 26997, 2014-Ohio-183. On motion to reopen. Motion denied.
O'DONNELL, J., dissents.

**2014-0423. State ex rel. Claugus Family Farm, L.P. v. Seventh Dist. Court of Appeals.**
In Mandamus and Prohibition. On intervening respondent Beck Energy Corporation's motion for leave to file supplemental evidence. Motion granted. On intervening respondent Beck Energy Corporation's motion for stay and notice of mootness. Motion denied.

**2014-0902. Willoughby v. Willoughby.**
Trumbull App. No. 2012–T–0095, 2014-Ohio-743. On motion for attorney fees, costs, and expenses pursuant to S.Ct.Prac.R. 4.03(A). Motion denied.

**2014-0983. DLJ Mtge. Capital, Inc. v. Rosario.**
Cuyahoga App. No. 100233, 2014-Ohio-1835. On motion for clarification. Motion denied.

**2014-1241. Haight v. Cheap Escape Co.**
Montgomery App. No. 25983, 2014-Ohio-2447. On motion to dismiss appeal as improvidently allowed. Motion denied.

**2014-1256. State ex rel. Chappell v. Morgan.**
In Mandamus. On motion of respondent to strike request for the court to take judicial notice and take appropriate action. Motion granted. On relator's motion for court to take judicial notice and motion to take appropriate action against respondent's attorney for willfully violating Civ.R. 11. Motions denied.

**2014-1837. MHN SUB I, L.L.C. v. Donnelly.**
Lake App. No. 2014–L–031, 2014-Ohio-4128. On motion for stay of lower court proceedings. Motion denied.
O'NEILL, J., dissents.

**2014-1962. Onderko v. Sierra Lobo, Inc.**
Erie App. No. E–14–009, 2014-Ohio-4115. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 4 of the court of appeals' entry filed November 5, 2014:
"Whether, as an element of establishing a prima facie claim for retaliatory discharge under R.C. 4123.90, plaintiff must prove that he or she suffered a workplace injury."
PFEIFER, J., dissents.
The conflict case is *Kilbarger v. Anchor Hocking Glass Co.*, 120 Ohio App.3d 332, 697 N.E.2d 1080 (5th Dist.1997).
Sua sponte, cause consolidated with 2014–1881, *Onderko v. Sierra Lobo, Inc.*, 6th Dist. Erie No. E–14–009, 2014-Ohio-4115.

**2014-1989. State v. Cook.**
Franklin App. Nos. 14AP–777 and 14AP–780. On motion for stay of lower court proceedings. Motion denied.